158 A.3d 585

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. TORMU E. PRALL (A/K/A JUDDS EMMANUEL, BUTLER JAMES AND PRALL MANUEL), DEFENDANT–RESPONDENT.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–006048–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.